FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-00x739

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* National Archives and Records Administration, D.C. office was received by me on *(date)* 3/23/20 .

☐ I personally served the summons on the individual at *(place)* ________________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________, a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________________ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on March 18, 2020 to the National Archives and Records Administration (DC and College Park offices), the Archivist of the United States, Immigration and Customs Enforcement (ICE), the Acting Director of ICE, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/20

*Server's signature*

Eden Tadesse, Paralegal

*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70190140000044140797

Remove ✕

Your item was delivered at 10:04 am on March 23, 2020 in WASHINGTON, DC 20408.

## Delivered

March 23, 2020 at 10:04 am
Delivered
WASHINGTON, DC 20408

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**March 23, 2020, 10:04 am**
Delivered
WASHINGTON, DC 20408
Your item was delivered at 10:04 am on March 23, 2020 in WASHINGTON, DC 20408.

**March 21, 2020, 11:26 am**
Available for Pickup
WASHINGTON, DC 20408

**March 21, 2020, 9:09 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

**March 18, 2020, 8:36 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 18, 2020, 3:45 pm**
USPS in possession of item
BURKE, VA 22015

**Product Information**

**See Less**

Feedback

## Can’t find what you’re looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-00739

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* David S. Ferriero, Archivist of the Unites States was received by me on *(date)* 3/23/20 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on March 18, 2020 to the National Archives and Records Administration (DC and College Park offices), the Archivist of the United States, Immigration and Customs Enforcement (ICE), the Acting Director of ICE, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/20

[signature]
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70190140000044140759

Remove ×

Your item was delivered at 10:04 am on March 23, 2020 in WASHINGTON, DC 20408.

## Delivered

March 23, 2020 at 10:04 am
Delivered
WASHINGTON, DC 20408

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**March 23, 2020, 10:04 am**
Delivered
WASHINGTON, DC 20408
Your item was delivered at 10:04 am on March 23, 2020 in WASHINGTON, DC 20408.

**March 21, 2020, 11:26 am**
Available for Pickup
WASHINGTON, DC 20408

**March 21, 2020, 9:09 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

**March 18, 2020, 8:36 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 18, 2020, 3:45 pm**
USPS in possession of item
BURKE, VA 22015

**Product Information**

**See Less**

Feedback

## Can’t find what you’re looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-00739

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Immigration and Customs Enforcement (ICE) was received by me on *(date)* 3/23/20 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on March 18, 2020 to the National Archives and Records Administration (DC and College Park offices), the Archivist of the United States, Immigration and Customs Enforcement (ICE), the Acting Director of ICE, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/20

[signature]
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70190140000044140742

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:26 am on March 23, 2020 in WASHINGTON, DC 20536.

## Delivered

March 23, 2020 at 8:26 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**March 23, 2020, 8:26 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536
Your item was delivered to the front desk, reception area, or mail room at 8:26 am on March 23, 2020 in WASHINGTON, DC 20536.

**March 21, 2020, 11:18 am**
Available for Pickup
WASHINGTON, DC 20536

**March 21, 2020, 8:54 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

**March 18, 2020, 8:36 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 18, 2020, 3:45 pm**
USPS in possession of item
BURKE, VA 22015

**Product Information**

Feedback

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-00739

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Matthew T. Albence, Acting Director was received by me on *(date)* 3/23/20 .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on March 18, 2020 to the National Archives and Records Administration (DC and College Park offices), the Archivist of the United States, Immigration and Customs Enforcement (ICE), the Acting Director of ICE, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/20

*Server's signature*

Eden Tadesse, Paralegal

*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70190140000044140780

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:26 am on March 23, 2020 in WASHINGTON, DC 20536.

## Delivered

March 23, 2020 at 8:26 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536

Feedback

**Get Updates**

**Text & Email Updates**

**Tracking History**

**March 23, 2020, 8:26 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536
Your item was delivered to the front desk, reception area, or mail room at 8:26 am on March 23, 2020 in WASHINGTON, DC 20536.

**March 21, 2020, 11:18 am**
Available for Pickup
WASHINGTON, DC 20536

**March 21, 2020, 8:54 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

**March 18, 2020, 8:36 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 18, 2020, 3:45 pm**
USPS in possession of item
BURKE, VA 22015

**Product Information**

Feedback

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-00739

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* William Barr, U.S. Attorney General was received by me on *(date)* 3/23/20 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on March 18, 2020 to the National Archives and Records Administration (DC and College Park offices), the Archivist of the United States, Immigration and Customs Enforcement (ICE), the Acting Director of ICE, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/20

[signature]
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70190140000044140773

Remove ✕

Your item was delivered at 4:53 am on March 23, 2020 in WASHINGTON, DC 20530.

## Delivered

March 23, 2020 at 4:53 am
Delivered
WASHINGTON, DC 20530

Feedback

**Get Updates**

**Text & Email Updates**

**Tracking History**

**March 23, 2020, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on March 23, 2020 in WASHINGTON, DC 20530.

**March 21, 2020, 11:01 am**
Available for Pickup
WASHINGTON, DC 20530

**March 21, 2020, 7:19 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

**March 18, 2020, 8:36 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 18, 2020, 3:45 pm**
USPS in possession of item
BURKE, VA 22015

**Product Information**

**See Less**

Feedback

## Can’t find what you’re looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-00739

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Timothy J. Shea, U.S. Attorney for the District of Columbia was received by me on *(date)* 3/23/20 .

☐ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on March 18, 2020 to the National Archives and Records Administration (DC and College Park offices), the Archivist of the United States, Immigration and Customs Enforcement (ICE), the Acting Director of ICE, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true. 3/24/20

Date: __________

__________
*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70190140000044140766

Remove ✕

Your item was delivered at 4:53 am on March 23, 2020 in WASHINGTON, DC 20530.

## Delivered

March 23, 2020 at 4:53 am
Delivered
WASHINGTON, DC 20530

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**March 23, 2020, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on March 23, 2020 in WASHINGTON, DC 20530.

**March 21, 2020, 11:01 am**
Available for Pickup
WASHINGTON, DC 20530

**March 21, 2020, 7:19 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 20, 2020**
In Transit to Next Facility

**March 18, 2020, 8:36 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 18, 2020, 3:45 pm**
USPS in possession of item
BURKE, VA 22015

**Product Information**

**See Less**

Feedback

## Can’t find what you’re looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-00739

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* National Archives and Records Administration, College Park was received by me on *(date)* 3/20/20 .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on March 18, 2020 to the National Archives and Records Administration (DC and College Park offices), the Archivist of the United States, Immigration and Customs Enforcement (ICE), the Acting Director of ICE, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/24/20

*Server's signature*

Eden Tadesse, Paralegal

*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70190140000044140735

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:00 am on March 20, 2020 in COLLEGE PARK, MD 20740.

## Delivered

March 20, 2020 at 11:00 am
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740

Feedback

**Get Updates**

**Text & Email Updates**

**Tracking History**

**March 20, 2020, 11:00 am**
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740
Your item was delivered to the front desk, reception area, or mail room at 11:00 am on March 20, 2020 in COLLEGE PARK, MD 20740.

**March 20, 2020, 6:39 am**
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**March 20, 2020, 3:18 am**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**March 19, 2020**
In Transit to Next Facility

**March 18, 2020, 8:36 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**March 18, 2020, 3:45 pm**
USPS in possession of item
BURKE, VA 22015

**Product Information**

Feedback

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4414 0773

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

OFFICIAL USE

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $0.00

Postage $2.80

Total Postage and Fees $6.35

0221 16

Postmark Here 03/18/2020

USPS BURKE BRANCH MAR 18 2020

Sent To William Barr

Street and Apt. No., or PO Box No. U.S. Attorney Gen. 950 Pennsylvania Ave

City, State, ZIP+4® Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4414 0766

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

OFFICIAL USE

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.80

Total Postage and Fees $6.35

0221 16

Postmark Here 03/18/2020

MAR 18 2020

Sent To USAO

Street and Apt. No., or PO Box No. 555 4th Street NW

City, State, ZIP+4® Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4414 0742

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20536

OFFICIAL USE

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.80

Total Postage and Fees $6.35

0221 16

Postmark Here 03/18/2020

USPS BURKE BRANCH

Sent To ICE

Street and Apt. No., or PO Box No. 500 12th SW

City, State, ZIP+4® Washington DC 20536

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4414 0759

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20408

OFFICIAL USE

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.80

Total Postage and Fees $6.35

03/18

USPS BURKE BRANCH MAR 18 2020

Sent To David Ferriero

Street and Apt. No., or PO Box No. 700 Pennsylvania Av[illegible]

City, State, ZIP+4® Washington DC 204[illegible]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4414 0735

For delivery information, visit our website at www.usps.com®.

COLLEGE PARK, MD 20740

OFFICIAL USE

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.80

Total Postage and Fees $6.35

0221 16

Postmark Here 03/18/2020

USPS BURKE BRANCH MAR 18 2020

Sent To NARA

Street and Apt. No., or PO Box No. 8601 Adelphi Road

City, State, ZIP+4® College Park MD 20740

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4414 0797

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20408

OFFICIAL USE

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.80

Total Postage and Fees $6.35

0221 16

Postmark Here 03/18/2020

USPS BURKE BRANCH MAR 18 2020

Sent To NARA

Street and Apt. No., or PO Box No. 700 Pennsylvania Ave NW

City, State, ZIP+4® Washington DC 20408

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7019 0140 0000 4414 0780

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20536

OFFICIAL USE

Certified Mail Fee $3.55

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $0.00
- Return Receipt (electronic) $0.00
- Certified Mail Restricted Delivery $0.00
- Adult Signature Required $0.00
- Adult Signature Restricted Delivery $

Postage $2.80

Total Postage and Fees $6.35

0221 16

Postmark Here 03/18/2020

USPS BURKE BRANCH MAR 18 2020

Sent To Mathew Albence

Street and Apt. No., or PO Box No. 500 12th SW

City, State, ZIP+4® Washington DC 20536

See Reverse for Instructions